UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC THOMAS, et al.,

    Plaintiffs,

  v.

EMC MORTGAGE CORP., et al.,

    Defendants.

No. 2:13-cv-0715 MCE CKD PS

ORDER

Plaintiffs have filed a motion to amend the complaint. The proposed amended complaint does not cure the deficiencies evident in the original complaint, as discussed in the findings and recommendations filed June 5, 2013. Accordingly, IT IS HEREBY ORDERED that plaintiffs' motion to amend (ECF No. 21) is denied.

Dated: June 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 thomas0715.mta